# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

## MISCELLANEOUS CASE INFORMATION SHEET

**MISC. 22 3687**

| **PLAINTIFF:** Adam Kaplan | **DEFENDANT:** United States Securities and Exchange Commission. |
|---|---|

| **IN THE MATTER OF:** IHT Wealth Management, LLC, C-8834 | **BROWN, J.** |
|---|---|

**CAUSE OF ACTION:**
Motion for Order Pursuant to Customer Challenge Provisions of the Right to Financial Privacy Act of 1978.

**RELIEF SOUGHT:**
Quash.

| **ATTORNEY FOR PLAINTIFF:** Vincent J. Ancona, Esq. Ancora Associates 220 Old Country Rd. Mineola, NY 11501 (516) 739-1803 | **ATTORNEY FOR DEFENDANT:** Melinda Hardy, Esq. Associate General Counsel Securities & Exchange Commission 100 F. St, N.E. Washington, D.C. 20549 |
|---|---|

I am currently a member in good standing of the bar of this Court:  ☐ YES   ☐ NO

**Signature of Attorney of Record:** _____  **Date:** _____